IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TODD C. KALISH, | ) | CASE NO. 1:22-cv-01412 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| v. | ) | |
| | ) | |
| MORGAN STANLEY & CO., LLC | ) | **JUDGMENT ENTRY** |
| d/b/a MORGAN STANLEY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

For the reasons stated in the Court's November 20, 2023 Opinion and Order (Doc. No. 19), the Court hereby enters judgment in favor of Defendant Morgan Stanley & Co., LLC. This case is closed.

**IT IS SO ORDERED.**

*(signature)*
_____
BRIDGET MEEHAN BRENNAN
**Date**: January 22, 2024                UNITED STATES DISTRICT JUDGE

1